## City of Chicago, Appellee, v. Krema Trucking Company, Appellant.

### Gen. No. 44,701.

opinion
filed May 18, 1949; released for publication June 17, 1949. McCarthy, Toomey & Reynolds, for appellant; Frank A. McCarthy, John E. Toomey, Joseph M. McCarthy, and John J. Moran, of counsel; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, David Lefkovits, and Herman Smith, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE KILEY. **Not to be published in full.**